**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7450**

―――――――――

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BRIGIDO ALVARENGA,

                              Defendant - Appellant.


―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-00-5, CA-02-70-1)

―――――――――

Submitted: January 16, 2003        Decided: January 23, 2003

―――――――――

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Brigido Alvarenga, Appellant Pro Se. Richard Lee Edwards, Assistant United States Attorney, Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brigido Alvarenga seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Alvarenga has not made a substantial showing of the denial of a constitutional right. See United States v. Alvarenga, Nos. CR-00-5; CA-02-70-1 (W.D.N.C. July 15, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED